

1  Peter Afrasiabi, Esq. (Bar No. 193336)
   Email: pafrasiabi@onellp.com
2  John Tehranian, Esq. (Bar No. 211616)
   Email: jtehranian@onellp.com
3  Imran F. Vakil, Esq. (Bar No. 248859)
   Email: ivakil@onellp.com
4  ONE LLP
   4000 MacArthur Blvd.
5  West Tower, Suite 1100
   Newport Beach, CA 92660
6  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081
7
8  Attorneys for Plaintiff,
   THIRD WORLD MEDIA, LLC
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD WORLD MEDIA, LLC, a California limited liability company, | Case No. CV13- 4013 FMO(CWx) |
| Plaintiff, | COMPLAINT FOR: |
| v. | DIRECT, CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT; |
| PORNRABBIT.COM, a business form unknown; and DOES 1-10, inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

Plaintiff, THIRD WORLD MEDIA, LLC by this Complaint hereby sues PORNRABBIT.COM, and DOES 1 through 20 (collectively "Defendants"), alleging as follows:

## JURISDICTION AND VENUE

1. This is an action for damages, declaratory and injunctive relief against Defendants for willful, direct, contributory and vicarious/inducement copyright infringement in violation of the Copyright Act of the United States, 17 U.S.C. §§ 101, *et seq*. This Court has original jurisdiction of the federal question claims under 28 U.S.C.

§ 1331.

2. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(b). Upon information and belief, Defendants all transact business in this Judicial District by way of their interactive website and through their interactivity with California citizens who have been offered the infringing and unlawful content at issue herein. Defendants are subject to the personal jurisdiction of this Court and are amenable to service of process pursuant to the California Long-Arm Statute, Cal. Code of Civ. Proc. § 413.10, and Fed. R. Civ. P. 4(e).

3. Third World Media, LLC ("Third World") is a California limited liability company with its principal place of business in Chatsworth, California. Third World owns copyrights in certain adult-orientated content and distributes such content throughout the United States including California.

4. Third World owns the copyrighted materials at issue herein that Defendants have infringed, described as the "Works." Third World owns the copyrights in this *one* Work as well as all of the constituent copyrighted elements contained therein including all new matter and preexisting materials (which consist exclusively of copyrighted videos also owned by Third World). A representative, although not exhaustive, list of this valid copyrighted Works, all timely registered before Defendants' infringement, is attached to this Complaint as Exhibit A.

5. On information and belief, Defendants are unknown business entities that own and operate the website located at ww.pornrabbit.com.

6. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 20, inclusive, are unknown to Third World, who therefore sues said Defendants by such fictitious names. Third World will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Third World is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Third

World's injuries and damages as alleged herein were proximately caused by such Defendants.

## DEFENDANTS' INFRINGEMENT

7. In order to build its business, Defendants have incited millions of users to visit their sites by exploiting copyrighted works for users to view and download.

8. Defendants are "tube" sites that actively upload and encourage users to upload the copyrighted content of others. "Tube" sites are defined in the adult industry as third party websites that steal the copyrighted content of others and provide access to that content to the general public for free. Fostering and countenancing this piracy of others' works on this "Tube Site" was and is central to Defendants' business model in order to increase traffic numbers which generates massive advertising revenues from the advertisers who advertise on such tube sites based upon the number of viewers/hits the tube site receives.

9. Defendants specifically encourage the anonymous uploading and downloading of adult video content through their entirely unlawful piracy business model as follows (among other things):

   (a) By encouraging and allowing consumers to upload content without the need to register or provide verification of name, identity, age, or other characteristics that would permit rightful owners to remedy illegal uploading.

   (b) By permitting consumers to download any content that has been previously uploaded to Defendants' site without the need to register or provide verification of name, identity, age, or other characteristics that would permit rightful owners to remedy illegal downloading. They offer memberships that, for fees, allow users to access and download the content that belongs to companies like Third World.

   (c) Defendants do not require an uploader to verify it owns the copyright to the content, nor do they require a downloader to verify it has the right to reproduce, copy, or disseminate the content.

  (d) Defendants intentionally do not employ any basic, industry-standard screening, digital finger print filtering or other filtering technologies, all of which technologies are readily available, industry-known and which technologies, if employed, could stop the upload of content that belongs to third parties.

  10. Thus, the content on Defendants' "Tube" websites includes uploaded content authored, created and owned by Third World. Defendants operate these websites for the unlawful purpose, intention and objective that the websites will be used for sharing, copying, reproducing, displaying and publicly performing the copyrighted works of others – works that carry commercial value and are in demand by consumers – in short that the websites will be used for massive infringing activity.

  11. At least **two** distinct infringements of Third World's original, audiovisual, adult content (of the **one** Work in Exhibit A) have been uploaded, reproduced and publicly displayed on Defendants' websites by Defendants, on information and belief, and offered for download to third parties who are then enabled and encouraged to infringe, all of which acts constitute direct, contributory and vicarious copyright infringement. Again, copyright registrations for the Work are attached hereto as Exhibit A.

  12. Third World's content is thus being reproduced and displayed on Defendants' websites and downloaded therefrom, each of which act is an act of copyright infringement, and which lawful content of Third World is thus being used by Defendants to build their business and user base.

**FIRST CLAIM FOR RELIEF**

**(For Direct, Contributory, Inducement and Vicarious Copyright Infringement Against All Defendants and DOES 1-10)**

  13. Third World incorporates herein by reference the allegations in paragraphs 1 through 12 above.

  14. Third World is the owner of all rights, title and interest in the copyrights to the Works, which substantially consists of material wholly original with Third World and which constitutes viable copyright subject matter under the laws of the United States.

Third World has complied in all respects with the Copyright Act and all other laws of the United States governing copyrights.

15. Defendants have directly, vicariously, and/or contributorily and by inducement infringed and, unless enjoined, will continue to infringe Third World's copyrights in the Works by exploiting, reproducing, distributing, and utilizing for purposes of trade unauthorized derivative versions of Third World's copyrighted works and the copyrighted elements therein, in violation of 17 U.S.C. § 501 *et seq.*

16. Defendants have willfully infringed, and unless enjoined, will continue to infringe, directly, contributorily and vicariously, and by inducement, Third World's copyrights by knowingly exploiting, reproducing, distributing, and utilizing for purposes of trade and promotion unauthorized derivative versions of the copyrighted works and the copyrighted elements therein. Indeed, Defendants knew full well that the Works were the property of third parties such as Third World and not Defendants' property, that Defendants had no rights to the Works, and Defendants then undertook a scheme to infringe and misappropriate the Works for their own financial benefit and to the financial detriment of Third World.

17. Defendants have received substantial benefits in connection with the unauthorized exploitation, reproduction, distribution, public performance, and utilization for purposes of trade, and in the promotion of derivative versions of the copyrighted works of Third World and the copyrighted elements therein.

18. Third World has not licensed or authorized Defendants' acts described herein, to wit: the reproduction, public dissemination, public performance, provision, encouragement and assistance to third parties in illegally reproducing the Works.

19. The said wrongful acts of Defendants have caused, and continue to cause, great damage to Third World.

20. Third World is also eligible for statutory damages of up to $150,000 per act of infringement plus attorneys' fees.

///

21. Unless this Court restrains Defendants from further commission of said acts, Third World will suffer irreparable injury.

## PRAYER FOR RELIEF

WHEREFORE, Third World requests judgment against Defendants as follows:

1. That Defendants be held liable to Third World for actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) of the US Copyright Code;

2. For an accounting of all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringe upon Third World's copyrights pursuant to 17 U.S.C §§ 504 (a)(1) & (b);

3. For an order requiring Defendants, its officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, promoting, advertising, distributing, displaying, or selling, or engaging in any other form of dealing or transaction in, any and all products that infringe, contributorily infringe, or vicariously infringe upon Third World's copyrights;

4. For an award of statutory damages of the maximum amount of $150,000 per infringed Work;

5. For prejudgment interest and costs; and

6. For other relief as the Court may deem just and appropriate.

Dated: June 3, 2013          **ONE LLP**

By: _____
Imran F. Vakil, Esq.
Attorneys for Plaintiff,
THIRD WORLD MEDIA, LLC

## DEMAND FOR JURY TRIAL

Third World hereby demands trial by jury of all issues so triable under the law.

Dated: June 3, 2013

**ONE LLP**

By: _____
Imran F. Vakil, Esq.
Attorneys for Plaintiff,
THIRD WORLD MEDIA, LLC

7
COMPLAINT

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-701-426

Effective date of registration:

July 19, 2010

## Title
- **Title of Work:** Little Brown Fucking Machines #2

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** July 16, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** THIRD WORLD MEDIA LLC.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** THIRD WORLD MEDIA LLC
  9320 MASON AVE, CHATSWORTH, CA, 91311, United States

## Rights and Permissions
- **Organization Name:** THIRD WORLD MEDIA
- **Name:** ED HUNTER
- **Email:** diego@thirdworldxxx.com
- **Telephone:** 818-885-1531

## Certification
- **Name:** ED HUNTER
- **Date:** July 16, 2010

Registration #: PA0001701426

Service Request #: 1-449068466



THIRD WORLD MEDIA LLC.
9320 MASON AVE.
CHATSWORTH, CA 91311  United States

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Fernando M. Olguin and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

```
CV13- 4013 FMO (CWx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**ORIGINAL**

Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Imran F. Vakil (Bar No. 211616)
Email: ivakil@onellp.com
ONE LLP
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870; Facsimile: (949) 258-5081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD WORLD MEDIA, LLC, a California limited liability company, <br><br> PLAINTIFF(S) <br> v. <br><br> PORNRABBIT.COM, a business form unknown; and DOES 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV13- 4013 FMO(CWx) <br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Peter Afrasiabi, John Tehranian & Imran Vakil of One LLP_, whose address is _4000 MacArthur Boulevard, West Tower, Suite 1100, Newport Beach, CA 92660_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN - 5 2013

Dated: _____

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)  SUMMONS

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
THIRD WORLD MEDIA, LLC, a California limited liability company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
PORNRABBIT.COM, a business form unknown; and DOES 1-20, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter R. Afrasiabi, John Tehranian & Imran F. Vakil of One LLP
4000 MacArthur Blvd., West Tower, Ste. 1100
Newport Beach, CA 92660; Tel.: (949) 502-2870

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☑ **MONEY DEMANDED IN COMPLAINT: $** To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement under the Copyright Act, 17 U.S.C. §§ 101, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☑ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

FOR OFFICE USE ONLY: Case Number: **CV13-4013**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown | Unknown |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: June 3, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |